FILED

18 NOV -8 AM 3:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

CASE UNSEALED PER ORDER OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

**18 CR 4858 GPC**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1349 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C., Sec. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| AMIL RAAGE, | |
| Defendant. | |

The grand jury charges:

Count 1

From on or about July 23, 2018, through on or about September 10, 2018, within the Southern District of California and elsewhere, defendant AMIL RAAGE and others known and unknown to the grand jury, did knowingly and intentionally conspire to devise and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and to cause the interstate transmission of writings, signs, signals, and sounds for the purpose of executing that scheme, in violation of Title 18, United States Code, Section 1349.

//

AFF:nlv:San Diego:11/7/18

FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count 1 of this Indictment and pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure, defendant AMIL RAAGE shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violation.

2. If any of the above-described forfeited property, as a result of any act or omission of Defendant AMIL RAAGE, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c).

DATED: November 8, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

2